08-34314-01

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA vs. HALL, EDWARD E *Defendant* | Violation Notice Number(s) 1373456 MY90 INTERFERE W/AGENCY FUNCTION | Violation Date(s) 01/19/2008 **FILED** MAY 2 2 2008 |
|---|---|---|

08-544M FTA - INITIAL APPEARANCE 5/22/2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date 5/22/08

_____
United States Magistrate Judge
HON. THOMAS M DIGIROLAMO

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE 5/22/08 | LOCATION US District Court Wash. DC |
|---|---|

Name D Walker    Title DUSM    District D/DC 016
Date 5/22/08    Signature _____



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA vs. HALL, EDWARD E  Defendant. | Violation Notice Number(s)  1373456  MY90  INTERFERE W/AGENCY FUNCTION | Violation Date(s)  01/19/2008 |
|---|---|---|

08-544M  FTA - INITIAL APPEARANCE  5/22/2008

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **APPEARANCE REQUIRED** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

PLEASE BE SURE TO
INCLUDE YOUR VIOLATION
NOTICE NUMBER, DATE
ISSUED AND REFERENCE
TO PERSON FINE IS BEING
PAID FOR IF OTHER THAN
PAYER ON ALL CHECKS OR
MONEY ORDERS

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA vs | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| HALL, EDWARD E | 1373456  MY90 | 01/19/2008 |
| Defendant | INTERFERE W/AGENCY FUNCTION | |

08-544M  FTA - INITIAL APPEARANCE  5/22/2008

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **APPEARANCE REQUIRED** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____

DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY

**FILED**

MAY 22 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-343-M-01

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1373456 | Hatch | 0547 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1/19/08 0212 | 36 CFR 2.32 a1 |

Place of Offense: U.S.P.P. District 4 Processing

Offense Description: Interfering with Agency Function (refused MTs)

### DEFENDANT INFORMATION

Last Name: Hall
First Name: Edward
M.I.: Eugene

### VEHICLE DESCRIPTION
VIN: NONE

### YOUR COURT DATE
Court Address: 08-02293

X Defendant Signature